### KEINER v WHEELING & LAKE ERIE RY CO

Ohio Appeals, 9th Dist, Wayne Co
No 859. Decided March 25, 1930

Sheck & Stevens, Herman E. Werner, all of Akron and Daniel C. Funk, Wooster, for Keiner.

Lynch, Day, Pontius & Lynch, Canton, and Critchfield, McSweeney & Critchfield, Wooster, for Ry Co.

Funk, PJ and Pardee, J, concur.
Full opinion will be published later. Watch **Omnibus Index.**

### LUCIEN S BROWN v KATHERINE B BROWN

Ohio Appeals, 9th Dist, Summit Co
No 1763. Decided March 14, 1930

Grant, Thomas & Buckingham, Akron, for Lucien Brown.

Waters, Andress, Hagelbarger, Wise & Maxon, Akron, for Katherine Brown.

Funk, PJ and Pardee, J, concur.
Full Opinion will be published later. Watch **Omnibus Index.**